Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUZELLA LITTLETON, | ) Case No. 4:13-cv-03591-NJV |
| Plaintiff, | ) |
| | ) **STIPULATION TO DISMISS** |
| vs. | ) **DEFENDANT ARROW** |
| | ) **FINANCIAL SERVICES, L.L.C.** |
| ARROW FINANCIAL SERVICES, L.L.C. AND LEGAL RECOVERY LAW OFFICES, INC., | ) **WITH PREJUDICE** |
| Defendant. | ) |

   NOW COME Plaintiff, Truzella Littleton and Defendant, Arrow Financial Services, L.L.C. by and through their attorneys to respectfully move this Honorable Court to dismiss Defendant, Arrow Financial Services, L.L.C. with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 3rd day of June, 2014

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Debbie Kirkpatrick
Sessions, Fishman, Nathan & Israel, LLP
Attorney for Defendant

Filed electronically on this 3rd day of June, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Ms. Debbie Kirkpatrick
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego CA 92108

This 3rd day of June, 2014.

s/Todd M. Friedman
Todd M. Friedman