# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRUZELLA LITTLETON,** | ) Case No. 4:13-cv-03591-NJV |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **ARROW FINANCIAL SERVICES, L.L.C. AND LEGAL RECOVERY LAW OFFICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Defendant, Arrow Financial Services, L.L.C. is dismissed with prejudice. Each party shall bear their own costs and fees.

    Dated this __10__ day of June, 2014.

_____
The Honorable Nandor J. Vadas