UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TRUZELLA LITTLETON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LEGAL RECOVERY LAW OFFICES, INC.,<br><br>　　　　Defendants. | Case No.  13-cv-03591-NJV   (NJV)<br><br>**ORDER RE MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

On July 22, 2014, Defendant Legal Recovery Law Offices, Inc. filed a motion for an extension of time to file a dispositive motion. (Doc. 34.)   Any opposition Plaintiff may wish to file to this motion, shall be filed no later than 3:00 p.m. on Friday, July 25, 2014.

**IT IS SO ORDERED**.

Dated: July 14, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge