United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TRUZELLA LITTLETON,<br><br>    Plaintiffs,<br><br>  v.<br><br>LEGAL RECOVERY LAW OFFICES, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-03591-NJV   (NJV)<br><br>**FURTHER ORDER RE MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

On July 22, 2014, Defendant Legal Recovery Law Offices, Inc., filed a motion for an extension of time to file a dispositive motion. (Doc. 34.) In order to preserve the existing schedule for trial in this case, the court ordered Plaintiff to file any opposition to that motion no later than July 25, 2014. (Doc. 35.) Plaintiff timely filed an opposition to the motion. (Doc. 36.) Accordingly, Defendant Legal Recovery Law Offices, Inc. is HEREBY GRANTED until 3:00 p.m. on July 30, 2014, to file a reply to Plaintiff's opposition. The court will thereafter take the motion under submission on the papers pursuant to Civil Local Rule 7-1(a)(b). The existing dates for the pretrial conference and trial remain unaltered.

**IT IS SO ORDERED**.

Dated: July 28, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge