Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUZELLA LITTLETON,<br><br>Plaintiff,<br><br>    vs.<br><br>ARROW FINANCIAL SERVICES,<br>L.L.C. AND LEGAL RECOVERY<br>LAW OFFICES, INC.,<br><br>Defendant. | Case No. 4:13-cv-03591-NJV<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

   NOW COME the parties by and through their attorneys to respectfully move this Honorable Court to dismiss the entire case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

   Respectfully submitted this 3rd day of September, 2014

   By: s/Todd M. Friedman
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

   By: s/ Hunter H. Hoestenbach
       Hoestenbach Law
       Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 3rd day of September, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Hunter H. Hoestenbach
HOESTENBACH LAW
501 W. Broadway, Ste A230
San Diego CA 92101

This 3rd day of September, 2014.

<u>s/Todd M. Friedman</u>
Todd M. Friedman