# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRUZELLA LITTLETON,** | Case No. 4:13-cv-03591-NJV |
| Plaintiff, | **ORDER** |
| vs. | |
| **ARROW FINANCIAL SERVICES, L.L.C. AND LEGAL RECOVERY LAW OFFICES, INC.,** | |
| Defendant. | |

　　IT IS HEREBY ORDERED that pursuant to the Joint motion of the parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this 4th day of ~~August~~ September, 2014.

_____
The Honorable Nandor J. Vadas